**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1793**

_____

KRISTIN E. SCHELIN; MARK A. WATSON,

Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

Defendant - Appellant.

_____

**No. 25-2067**

_____

KRISTIN E. SCHELIN; MARK A. WATSON,

Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

Defendant - Appellant.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, Chief District Judge. (3:25-cv-00021-MHL; 3:25-cv-00416-MHL)

_____

Submitted: December 23, 2025                    Decided: December 30, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Karl Linard Malloy seeks to appeal the district court's orders dismissing for lack of jurisdiction his appeals from two bankruptcy court orders approving two interim applications for attorney's fees and costs. Bankruptcy court orders awarding interim fees and acknowledging that additional fees will likely accrue are not final orders over which the district court has jurisdiction. *In re Comput. Learning Ctrs., Inc.*, 407 F.3d 656, 662 (4th Cir. 2005). Accordingly, we affirm the district court's orders dismissing as interlocutory Malloy's appeals from the orders approving the interim fee applications. *Schelin v. Malloy*, No. 3:25-cv-00021-MHL (E.D. Va. June 9, 2025); *Schelin v. Malloy*, No. 3:25-cv-00416-MHL (E.D. Va. Aug. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*